Stephen B. Watkins, Bar Number 3400
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for MTGLQ Investors, L.P.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: armand@hwmlawfirm.com
File No: 50949

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>VALERIE SUE HUFFMAN<br><br>Debtor. | Bankruptcy Case No. 16-21834 JTM<br><br>Chapter 13<br><br>**NOTICE OF CONTINUED HEARING TO November 29, 2017 AT 9:00 AM**<br><br>[Filed Electronically] |

On September 27, 2017, MTGLQ Investors, L.P. ("Secured Creditor") filed its Motion for Relief and Notice of Hearing. A hearing was scheduled for October 25, 2017, at 9:00 AM. Please be informed that the hearing has been continued to November 29, 2017, at 9:00 AM.

DATED this 6th day of November, 2017.

    /s/ Armand J. Howell

Armand J. Howell

Attorney for Secured Creditor

## **MAILING CERTIFICATE**

The undersigned hereby certifies that true and correct copies of the Notice of Continued Hearing was mailed by first class mail, postage prepaid, or via ECF, this 6th day of November, 2017, to each of the following:

| | |
|---|---|
| Valerie Sue Huffman<br>758 Sunrise Lane<br>Tooele, UT 84074<br>Debtor | Russell B. Weekes<br>Via ECF<br>Debtors' Attorney |
| United States Trustee<br>Via ECF | Lon Jenkins<br>Via ECF<br>Chapter 13 Trustee |

/s/ Armand J. Howell